JOSEPH E. MARX COMPANY, INC., Appellant, *v.* ESTELLE HATTON et al., Defendants, and LOUIS A. CERF et al., Respondents.

(Argued December 6, 1934; decided December 31, 1934.)

488

*Alexander Pfeiffer* and *Joseph Lotterman* for appellant.
*Isidor Enselman* and *Benjamin G. Bain* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.